UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

# CASE ACTION MEMORANDUM

PURPOSE OF CONFERENCE:      CASE MANAGEMENT CONFERENCE    (✓)

TELEPHONE ( ✓ )             PRETRIAL CONFERENCE           (  )

ACTUAL      (    )           DISCOVERY                     (  )

                            STATUS                        (  )

                            SETTLEMENT                    (  )

                            SCHEDULING                    (  )


DATE & TIME: Monday, August 7, 2006 @ 10:30 a.m.

CASE NUMBER: 3:CV-06-771

CAPTION:     Milroy v. Choice Point

COUNSEL FOR PLAINTIFF:                James J. Conaboy, Esquire

COUNSEL FOR  DEFENDANT:               James C. Oschal, Esquire
                                      Pamela Q. Devata, Esquire


**CONFERENCE RESULTS:**

♦    Ready to exchange Rule 26 discovery;
♦    Discovery to run initially until the end of November 2006.  Will appreciate a joint report
     so we can determine the future direction of case;
♦    Defendant anticipates filing a motion for summary judgment.